TRAINOR FAIRBROOK
DANIEL M. STEINBERG (SBN 194948)
dsteinberg@trainorfairbrook.com
JESSICA A. ROBISON (SBN 220846)
jrobison@trainorfairbrook.com
980 Fulton Avenue
Sacramento, California  95825
Telephone:     (916) 929-7000
Facsimile:      (916) 929-7111
mlr:1614058.1402986.1

Attorneys for Counter-Defendant/Counter-Claimant
CMD SERVICES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON CHAPMAN,<br><br>        Plaintiff,<br><br>v.<br><br>TOGO'S; JOSEPH LUKSICH and NORMA LUKSICH, Trustees under THE LUKSICH FAMILY TRUST, dated January 3, 1991; LOUIE J. CROCE and ANNA M. CROCE, Trustees under THE CROCE FAMILY TRUST, dated May 2, 1991; and FARR HOLDINGS CORPORATION, a California Corporation dba TOGO'S BASKIN ROBBINS,<br><br>        Defendants. | Case No.  2:14-CV-00330-MCE-EFB<br><br>**CMD SERVICES, INC.'S NOTICE OF VOLUNTARY DISMISSAL OF COUNTERCLAIM; ORDER**<br><br>Complaint Filed:   February 3, 2014<br>Trial Date:            March 11, 2016 |
| JOSEPH LUKSICH and NORMA LUKSICH, Trustees under THE LUKSICH FAMILY TRUST, dated January 3, 1991; LOUIE J. CROCE and ANNA M. CROCE, Trustees under THE CROCE FAMILY TRUST, dated May 2, 1991,<br><br>        Counter- Claimants,<br><br>v.<br><br>CMD SERVICES, INC., and FARR HOLDINGS CORPORATION, a California Corporation dba TOGO'S BASKIN ROBBINS,<br><br>        Counter-Defendants. | |

**CMD SERVICES, INC.'S NOTICE OF VOLUNTARY DISMISSAL OF COUNTERCLAIM; ORDER**

CMD SERVICES, INC.,

   Counter- Claimant,

v.

JOSEPH LUKSICH and NORMA LUKSICH, Trustees under THE LUKSICH FAMILY TRUST, dated January 3, 1991; LOUIE J. CROCE and ANNA M. CROCE, Trustees under THE CROCE FAMILY TRUST, dated May 2, 1991; and FARR HOLDINGS CORPORATION, a California Corporation dba TOGO'S BASKIN ROBBINS,

   Counter-Defendants.

Pursuant to Federal Rule of Civil Procedure 41(c), Counter-Defendant and Counter-Claimant CMD SERVICES, INC. ("CMD"), and in accordance with the Settlement Agreement dated November 13, 2015 and entered into by all parties, by and through their counsel, hereby dismisses their Counterclaim with prejudice in its entirety. Each party is to bear their own attorneys' fees and costs.

Dated: November 19, 2015       TRAINOR FAIRBROOK

                 By:/S/ Daniel M.Steinberg
                 DANIEL M. STEINBERG

## ORDER

It is hereby ordered that CMD SERVICES, INC.'s Counterclaim is DISMISSED with prejudice in its entirety. Each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: November 30, 2015

               MORRISON C. ENGLAND, JR., CHIEF JUDGE
               UNITED STATES DISTRICT COURT