THOMAS E. FRANKOVICH (S.B.N. 074414)
THOMAS E. FRANKOVICH,
***A PROFESSIONAL LAW CORPORATION***
1832-A Capitol Street
Vallejo, CA 94590
Telephone:   (415) 674-8600
Facsimile:    (415) 674-9900
Email:         tfrankovich@disabilitieslaw.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON CHAPMAN,<br><br>       Plaintiff,<br><br>v.<br><br>TOGO'S; JOSEPH LUKSICH and NORMA LUKSICH, Trustees under THE LUKSICH FAMILY TRUST, dated January 3, 1991; LOUIE J. CROCE and ANNA M. CROCE, Trustees under THE CROCE FAMILY TRUST, dated May 2, 1991; and FARR HOLDINGS CORPORATION, a California Corporation dba TOGO'S/BASKIN ROBBINS,<br><br>       Defendants. | CASE NO. 2:14-CV-00330-MCE-EFB<br><br>**STIPULATION OF DISMISSAL AND ORDER THEREON** |

     The Parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(2). Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each side is to bear its own costs and attorneys' fees.

     The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994)

(empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

Therefore, IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action become and hereby is dismissed with prejudice.

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Respectfully Submitted,

Dated: November 20, 2015 THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*

By: /s/ Thomas E. Frankovich
Thomas E. Frankovich
Attorney for Plaintiff Byron Chapman

Dated: November 20, 2015 **PAHL & MCCAY**

By: /s/ Servando R. Sandova
Servando R. Sandova, Attorney for Defendants JOSEPH LUKSICH and NORMA LUKSICH, Trustees under THE LUKSICH FAMILY TRUST, dated January 3, 1991; LOUIE J. CROCE and ANNA M. CROCE, Trustees under THE CROCE FAMILY TRUST, dated May 2, 1991

Dated: November 20, 2015 **PORTER │SCOTT**
A Professional Law Corporation

By: /s/ William E. Camy
William E. Camy Attorneys for Defendants FARR HOLDINGS CORPORATION

//

//

November 20, 2015 TRAINER FAIRBROOK

By: /s/ Daniel M. Steinberg
Daniel M. Steinberg
Attorney for Counter-Defendant/Counter-Claimant CMD Services, Inc.

## ORDER

It is hereby ordered that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(2) and each side is to bear its own costs and attorneys' fees. It is further ordered that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary. In the meantime, the Clerk of the court is directed to close this case.

IT IS SO ORDERED.

Dated: December 1, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

**STIPULATION OF DISMISSAL AND ORDER**